IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS

JOHN D. GREINER,

    Petitioner,  :  Case No. 2:21-cv-2418

- vs -  District Judge James L. Graham
    Magistrate Judge Michael R. Merz

DAVID W. GRAY, Warden,
 Belmont Correctional Institution,

    :

    Respondent.

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

    The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (ECF No. 13), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting a request for extension of time to file objections was granted and no objections were filed thereafter, and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

    Accordingly, it is hereby ORDERED that the Petition be DISMISSED with prejudice. Petitioner is DENIED any requested certificate of appealability and the Court hereby certifies to the United States Court of Appeals that an appeal would be objectively frivolous and therefore should not be permitted to proceed in forma pauperis.

    Pursuant to Fed.R.Civ.P. 58, the Clerk shall enter judgment to this effect.

Date: March 29, 2022          s/ James L. Graham
                                           JAMES L. GRAHAM
                                           United States District Judge